UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

SYED SAMIR HOUSSAIN, and all other
Individuals similarly situated
                             Plaintiff,

      -against-

KENNETH CHENAULT, JOHN KOSLOW, and
PETER SISTI,
                          Defendants.

-----------------------------------------------------------X



15 **CIVIL** 8184 (PGG)

**JUDGMENT**

Defendants having moved to dismiss the Amended complaint for failure to state a claim, and the matter having come before the Honorable Paul G. Gardephe, United States District Judge, and the Court, on September 28, 2017, having rendered its Order granting defendants' motions to dismiss, and directing the Clerk of the Court to close the case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28, 2017, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York
           September 28, 2017

                                      RUBY J. KRAJICK
                                         Clerk of Court
                            BY:
                                         Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 9/29/2017